JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DERRICK ARNOLD JOHNSON,<br><br>Petitioner,<br><br>v.<br><br>JOHN SOTO, Warden,<br><br>Respondent. | Case No. CV 14-09441 CAS (RAO)<br><br>JUDGMENT |

Pursuant to the Court's Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the First Amended Petition is denied, and this action is dismissed with prejudice.

DATED: June 25, 2019

_____
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE